**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2210**

KEITH BALDWIN, JR.,

　　　　Plaintiff - Appellant,

　　v.

JAMEY FLETCHER, Captain of Maiden Police Department,

　　　　Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:23-cv-00197-KDB-DCK)

Submitted:  August 21, 2025　　　　　　　　　　Decided:  August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Baldwin, Jr., Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, Jake William Stewart, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Baldwin, Jr., appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint for failure to state a claim, or alternatively based on Defendant Fletcher's qualified immunity, and declining to exercise jurisdiction over Baldwin's remaining state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Baldwin v. Fletcher*, No. 5:23-cv-00197-KDB-DCK (W.D.N.C. Dec. 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*